# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: SULLIVAN, MICHAEL W § Case No. 11-85570-TML
     SULLIVAN, SUSAN E § 
 § 
Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 31, 2011. The undersigned trustee was appointed on April 16, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 6,730.90

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 40.35 |
| Bank service fees | 590.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 6,099.60 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2012 and the deadline for filing governmental claims was 06/13/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,423.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,423.09, for a total compensation of $1,423.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2016     By: /s/STEPHEN G. BALSLEY
                         Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Period Ending:** 03/22/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence located at 358 Chautauqua Lane, Sycamo | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at National Bank and Trust | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account at National Bank and Trust xxxx- | 800.00 | 0.00 | | 0.00 | FA |
| 5 | bank account at Elgin City Employees Credit Unio | 5.00 | 0.00 | | 0.00 | FA |
| 6 | National Bank and Trust account Cash Climbers jo | 100.10 | 0.00 | | 0.00 | FA |
| 7 | National Bank and Trust account Cash Climbers jo | 100.10 | 0.00 | | 0.00 | FA |
| 8 | National Bank and Trust account Cash Climbers jo | 61.80 | 0.00 | | 0.00 | FA |
| 9 | National Bank and Trust Certificates of Deposit | 811.34 | 0.00 | | 0.00 | FA |
| 10 | National Bank and Trust Certificates of Deposit | 1,138.64 | 0.00 | | 0.00 | FA |
| 11 | normal complement of household goods and furnish | 1,250.00 | 0.00 | | 0.00 | FA |
| 12 | misc wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Debtors term life insurance-universal w/Allstate<br>   See Amended Schedule B filed 6/8/12. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Joint debtor's variable appreciable life insuran<br>   Exemption claimed in Amended Schedule C filed<br>6/8/12. | 5,620.00 | 0.00 | | 0.00 | FA |
| 15 | child's variable appreciable life insurance poli<br>   Exemption claimed in Amended Schedule C filed<br>6/8/12. | 2,181.00 | 0.00 | | 0.00 | FA |
| 16 | Family Heritage Cancer Insurance policy | 1,034.00 | 0.00 | | 0.00 | FA |
| 17 | Debtor's interest in TRS pension | 103,752.46 | 0.00 | | 0.00 | FA |
| 18 | Joint Debtor's interest in TRS pension | 84,413.86 | 0.00 | | 0.00 | FA |
| 19 | Debtor's interest in Elgin Police Pension Fund | 66,000.00 | 0.00 | | 0.00 | FA |
| 20 | Debtor's interest in ICMA-RC Retirement Plan | 21,295.01 | 0.00 | | 0.00 | FA |
| 21 | Debtor's interest in PTC Cust IRA FBO account | 21,756.29 | 0.00 | | 0.00 | FA |
| 22 | Joint Debtor's interest in Mid-America Administr | 1,431.96 | 0.00 | | 0.00 | FA |
| 23 | Debtor's VALIC tax sheltered 403(B) | 7,316.96 | 0.00 | | 0.00 | FA |
| 24 | 2011 state and federal income tax refunds antici | 4,763.10 | 6,732.90 | | 6,730.90 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85570-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** SULLIVAN, MICHAEL W  **Filed (f) or Converted (c):** 12/31/11 (f)
SULLIVAN, SUSAN E  **§341(a) Meeting Date:** 02/02/12
**Period Ending:** 03/22/16  **Claims Bar Date:** 06/13/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25 | 2008 Honda Odyssey van with approximately 92,000 | 15,000.00 | 0.00 | | 0.00 | FA |
| 26 | 2002 Honda Accord with approximately 160,000 mil | 2,600.00 | 0.00 | | 0.00 | FA |
| 27 | 1994 Ford F150 truck with approximately 144,000 | 2,650.00 | 0.00 | | 0.00 | FA |
| 28 | pet located at 358 Chautauqua Lane | 20.00 | 0.00 | | 0.00 | FA |
| 29 | Debtor's Workman's Compensation claim against th | Unknown | 0.00 | | 0.00 | FA |
| 30 | Debtor's Workman's Compensation claim against th | Unknown | 0.00 | | 0.00 | FA |
| 31 | Michael Sullivan, Plaintiff v. James Scullion an | 100,000.00 | 85,000.00 | | 0.00 | FA |
| 32 | Michael Sullivan vs. Elgin Police Department (tw | Unknown | 7,500.00 | | 0.00 | FA |
| 33 | State of Illlinois v. Michael W. Sullivan, Sixte | Unknown | 7,500.00 | | 0.00 | FA |
| 34 | Uninsured Motorist arbitration claim pending wit Policy limits exhausted. Therefore, payment has been denied under the uninsured motorist coverage. | Unknown | 10,000.00 | | 0.00 | FA |
| 35 | Jose Ares-Torres v. Michael Sullivan, Kane Co. (u) Asset added per Amended Schedule B filed 6/8/12. See Order Dismissing Adversary entered 7/8/13. | Unknown | 0.00 | OA | 0.00 | FA |
| 35 | **Assets Totals** (Excluding unknown values) | **$620,621.62** | **$116,732.90** | | **$6,730.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  March 15, 2014    **Current Projected Date Of Final Report (TFR):**  March 19, 2016 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 03/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******65-66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/12 | {24} | Michael W. Sullivan | 2011 Tax Refund | 1124-000 | 6,730.90 | | 6,730.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,705.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,680.90 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-85570 | 2300-000 | | 5.91 | 6,674.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,649.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,624.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,599.99 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,574.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,549.99 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,524.99 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 6,524.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,730.90 | 6,730.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,524.99 | |
| | | | **Subtotal** | | 6,730.90 | 205.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,730.90** | **$205.91** | |

{} Asset reference(s)

Printed: 03/22/2016 04:21 PM    V.13.25

Case 11-85570    Doc 61    Filed 04/05/16    Entered 04/05/16 16:13:15    Desc Main
Document      Page 6 of 12

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 03/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,524.99 | | 6,524.99 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,514.99 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.30 | 6,504.69 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,494.69 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,484.69 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,474.69 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,464.69 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-85570 | 2300-000 | | 9.06 | 6,455.63 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,445.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,435.44 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,425.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,415.44 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 6,405.30 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,395.30 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,385.19 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,375.19 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,365.19 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,355.19 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,345.19 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,335.19 |
| 06/06/14 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #11-85570 | 2300-000 | | 11.62 | 6,323.57 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,313.57 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,303.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,293.57 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,283.57 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,273.57 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,263.57 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.21 | 6,253.36 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,243.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,233.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,223.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,213.36 |

Subtotals :     $6,524.99     $311.63

{} Asset reference(s)

Printed: 03/22/2016 04:21 PM     V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
                SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 03/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $8,842,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,203.36 |
| 06/09/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-85570 | 2300-000 | | 13.76 | 6,189.60 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,179.60 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,169.60 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,159.60 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,149.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,139.60 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,129.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,119.60 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,109.60 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,099.60 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 6,524.99 | 425.39 | **$6,099.60** |
| | Less: Bank Transfers | 6,524.99 | 0.00 | |
| | **Subtotal** | 0.00 | 425.39 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$425.39** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******65-66 | 6,730.90 | 205.91 | 0.00 |
| Checking # ******5766 | 0.00 | 425.39 | 6,099.60 |
| | **$6,730.90** | **$631.30** | **$6,099.60** |

{} Asset reference(s)

# Exhibit C

### Case: 11-85570-TML  SULLIVAN, MICHAEL W

Claims Bar Date: 06/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>12/31/11 | Voluntary reduction of attorney fees by 50% in order to allow funds to be available for distribution to creditors. | $5,735.50<br>$2,867.75 | $0.00 | $2,867.75 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>12/31/11 | | $1,423.09<br>$1,423.09 | $0.00 | $1,423.09 |
| 1 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/18/12 | By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br>-----------------------------------------------------------------------------* * * | $3,896.27<br>$3,896.27 | $0.00 | $3,896.27 |
| 2 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/25/12 | PO Box 15102<br>Wilmington, DE 198865102<br>-----------------------------------------------------------------------------* * * | $6,552.44<br>$6,552.44 | $0.00 | $6,552.44 |
| 3 | Jose Ares-Torres<br>c/o G A McTavish,Myler, Ruddy & McTavish,105 E Galena Blvd, Ste 800<br>Aurora, IL 60505<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/13/12 | c/o G A McTavish<br>Myler, Ruddy & McTavish,105 E Galena Blvd, Ste 800<br>Aurora, IL 60505<br>-----------------------------------------------------------------------------* * * | $250,000.00<br>$250,000.00 | $0.00 | $250,000.00 |
| 4 | Bank of America, N.A.<br>P O Box 26012<br>NC4-105-02-99<br>Greensboro, NC 27420 | Secured<br>07/11/12 | P O Box 26012<br>NC4-105-02-99<br>Greensboro, NC 27420<br>-----------------------------------------------------------------------------* * *<br>Claim No. 4 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | $17,547.05 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case:  11-85570-TML    SULLIVAN, MICHAEL W

Claims Bar Date:  06/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$264,739.55** |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 11-85570-TML
Case Name: SULLIVAN, MICHAEL W
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 6,099.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Bank of America, N.A. | 17,547.05 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 6,099.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,423.09 | 0.00 | 1,423.09 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,867.75 | 0.00 | 2,867.75 |

Total to be paid for chapter 7 administration expenses:   $ 4,290.84
Remaining balance:   $ 1,808.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 1,808.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,808.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 260,448.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding LLC | 3,896.27 | 0.00 | 27.06 |
| 2 | FIA CARD SERVICES, N.A. | 6,552.44 | 0.00 | 45.51 |
| 3 | Jose Ares-Torres | 250,000.00 | 0.00 | 1,736.19 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,808.76 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**