UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**SULLIVAN, MICHAEL W** ) Bankruptcy Case No. 11-85570 TML
**SULLIVAN, SUSAN E** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

SULLIVAN, MICHAEL W
SULLIVAN, SUSAN E
358 CHAUTAUQUA LANE
SYCAMORE, IL 60178

DIANE E ELLIOTT
LAW OFFICE OF DIANE E. ELLIOTT
P.O. BOX 259
DEKALB, IL 60115
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Midland Funding LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Jose Ares-Torres
c/o G A McTavish
10 West State St., Ste. 200
Geneva, IL 60134-4507

Bank of America, N.A.
P O Box 26012
NC4-105-02-99
Greensboro, NC 27420


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com