## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SULLIVAN, MICHAEL W          § Case No. 11-85570-TML
       SULLIVAN, SUSAN E            §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $615,858.52              Assets Exempt: $370,951.54
(without deducting any secured claims)

Total Distribution to Claimants: $1,808.76    Claims Discharged
                                              Without Payment: $308,129.13

Total Expenses of Administration: $4,922.14
```

3) Total gross receipts of $ 6,730.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,730.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $317,198.92 | $17,547.05 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,789.89 | 4,922.14 | 4,922.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,908.18 | 260,448.71 | 260,448.71 | 1,808.76 |
| **TOTAL DISBURSEMENTS** | $377,107.10 | $285,785.65 | $265,370.85 | $6,730.90 |

4) This case was originally filed under Chapter 7 on December 31, 2011. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/22/2016         By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 state and federal income tax refunds antici | 1124-000 | 6,730.90 |
| **TOTAL GROSS RECEIPTS** | | **$6,730.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank of America, N.A. | 4110-000 | 19,137.00 | 17,547.05 | 0.00 | 0.00 |
| NOTFILED | DeKalb County | 4110-000 | 6,407.12 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Edward Murphy Murphy & Murphy | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Edward Murphy Murphy & Murphy | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Reston Ponds Homeowners Association | 4110-000 | 315.80 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 195,893.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 92,542.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 2,904.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$317,198.92** | **$17,547.05** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,423.09 | 1,423.09 | 1,423.09 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 5,735.50 | 2,867.75 | 2,867.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.91 | 5.91 | 5.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.30 | 10.30 | 10.30 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.06 | 9.06 | 9.06 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.19 | 10.19 | 10.19 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.14 | 10.14 | 10.14 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.11 | 10.11 | 10.11 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.62 | 11.62 | 11.62 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.21 | 10.21 | 10.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.76 | 13.76 | 13.76 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,789.89 | $4,922.14 | $4,922.14 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Funding LLC | 7100-000 | 3,896.00 | 3,896.27 | 3,896.27 | 27.06 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 6,523.00 | 6,552.44 | 6,552.44 | 45.51 |
| 3 | Jose Ares-Torres | 7100-000 | unknown | 250,000.00 | 250,000.00 | 1,736.19 |
| NOTFILED | James R. Swanson | 7100-000 | 38,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa | 7100-000 | 7,155.18 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 1,334.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card Services | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Telander Telander and Telander | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,908.18** | **$260,448.71** | **$260,448.71** | **$1,808.76** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Period Ending:** 07/22/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence located at 358 Chautauqua Lane, Sycamo | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at National Bank and Trust | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account at National Bank and Trust xxxx- | 800.00 | 0.00 | | 0.00 | FA |
| 5 | bank account at Elgin City Employees Credit Unio | 5.00 | 0.00 | | 0.00 | FA |
| 6 | National Bank and Trust account Cash Climbers jo | 100.10 | 0.00 | | 0.00 | FA |
| 7 | National Bank and Trust account Cash Climbers jo | 100.10 | 0.00 | | 0.00 | FA |
| 8 | National Bank and Trust account Cash Climbers jo | 61.80 | 0.00 | | 0.00 | FA |
| 9 | National Bank and Trust Certificates of Deposit | 811.34 | 0.00 | | 0.00 | FA |
| 10 | National Bank and Trust Certificates of Deposit | 1,138.64 | 0.00 | | 0.00 | FA |
| 11 | normal complement of household goods and furnish | 1,250.00 | 0.00 | | 0.00 | FA |
| 12 | misc wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Debtors term life insurance-universal w/Allstate<br>   See Amended Schedule B filed 6/8/12. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Joint debtor's variable appreciable life insuran<br>   Exemption claimed in Amended Schedule C filed 6/8/12. | 5,620.00 | 0.00 | | 0.00 | FA |
| 15 | child's variable appreciable life insurance poli<br>   Exemption claimed in Amended Schedule C filed 6/8/12. | 2,181.00 | 0.00 | | 0.00 | FA |
| 16 | Family Heritage Cancer Insurance policy | 1,034.00 | 0.00 | | 0.00 | FA |
| 17 | Debtor's interest in TRS pension | 103,752.46 | 0.00 | | 0.00 | FA |
| 18 | Joint Debtor's interest in TRS pension | 84,413.86 | 0.00 | | 0.00 | FA |
| 19 | Debtor's interest in Elgin Police Pension Fund | 66,000.00 | 0.00 | | 0.00 | FA |
| 20 | Debtor's interest in ICMA-RC Retirement Plan | 21,295.01 | 0.00 | | 0.00 | FA |
| 21 | Debtor's interest in PTC Cust IRA FBO account | 21,756.29 | 0.00 | | 0.00 | FA |
| 22 | Joint Debtor's interest in Mid-America Administr | 1,431.96 | 0.00 | | 0.00 | FA |
| 23 | Debtor's VALIC tax sheltered 403(B) | 7,316.96 | 0.00 | | 0.00 | FA |
| 24 | 2011 state and federal income tax refunds antici | 4,763.10 | 6,732.90 | | 6,730.90 | FA |

Printed: 07/22/2016 02:59 PM   V.13.28

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85570-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** SULLIVAN, MICHAEL W  **Filed (f) or Converted (c):** 12/31/11 (f)
  SULLIVAN, SUSAN E  **§341(a) Meeting Date:** 02/02/12
**Period Ending:** 07/22/16  **Claims Bar Date:** 06/13/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 25 | 2008 Honda Odyssey van with approximately 92,000 | 15,000.00 | 0.00 | | 0.00 | FA |
| 26 | 2002 Honda Accord with approximately 160,000 mil | 2,600.00 | 0.00 | | 0.00 | FA |
| 27 | 1994 Ford F150 truck with approximately 144,000 | 2,650.00 | 0.00 | | 0.00 | FA |
| 28 | pet located at 358 Chautauqua Lane | 20.00 | 0.00 | | 0.00 | FA |
| 29 | Debtor's Workman's Compensation claim against th | Unknown | 0.00 | | 0.00 | FA |
| 30 | Debtor's Workman's Compensation claim against th | Unknown | 0.00 | | 0.00 | FA |
| 31 | Michael Sullivan, Plaintiff v. James Scullion an | 100,000.00 | 85,000.00 | | 0.00 | FA |
| 32 | Michael Sullivan vs. Elgin Police Department (tw | Unknown | 7,500.00 | | 0.00 | FA |
| 33 | State of Illlinois v. Michael W. Sullivan, Sixte | Unknown | 7,500.00 | | 0.00 | FA |
| 34 | Uninsured Motorist arbitration claim pending wit   Policy limits exhausted. Therefore, payment has been denied under the uninsured motorist coverage. | Unknown | 10,000.00 | | 0.00 | FA |
| 35 | Jose Ares-Torres v. Michael Sullivan, Kane Co. (u)   Asset added per Amended Schedule B filed 6/8/12. See Order Dismissing Adversary entered 7/8/13. | Unknown | 0.00 | | 0.00 | FA |
| 35 | **Assets Totals** (Excluding unknown values) | **$620,621.62** | **$116,732.90** | | **$6,730.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  March 15, 2014  **Current Projected Date Of Final Report (TFR):**  March 19, 2016 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 07/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******65-66 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/12 | {24} | Michael W. Sullivan | 2011 Tax Refund | 1124-000 | 6,730.90 | | 6,730.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,705.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,680.90 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-85570 | 2300-000 | | 5.91 | 6,674.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,649.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,624.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,599.99 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,574.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,549.99 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,524.99 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 6,524.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,730.90 | 6,730.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,524.99 | |
| | | | **Subtotal** | | 6,730.90 | 205.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,730.90** | **$205.91** | |

{} Asset reference(s)

Printed: 07/22/2016 02:59 PM V.13.28

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 07/22/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,524.99 | | 6,524.99 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,514.99 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.30 | 6,504.69 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,494.69 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,484.69 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,474.69 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,464.69 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-85570 | 2300-000 | | 9.06 | 6,455.63 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,445.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.19 | 6,435.44 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,425.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,415.44 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.14 | 6,405.30 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,395.30 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 6,385.19 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,375.19 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,365.19 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,355.19 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,345.19 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,335.19 |
| 06/06/14 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #11-85570 | 2300-000 | | 11.62 | 6,323.57 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,313.57 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,303.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,293.57 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,283.57 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,273.57 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,263.57 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.21 | 6,253.36 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,243.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,233.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,223.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,213.36 |

Subtotals :  $6,524.99    $311.63

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-85570-TML  
**Case Name:** SULLIVAN, MICHAEL W  
SULLIVAN, SUSAN E  
**Taxpayer ID #:** **-***5726  
**Period Ending:** 07/22/16  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $6,620,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,203.36 |
| 06/09/15 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-85570 | 2300-000 | | 13.76 | 6,189.60 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,179.60 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,169.60 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,159.60 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,149.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,139.60 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,129.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,119.60 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,109.60 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,099.60 |
| 04/27/16 | 10105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,867.75, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,867.75 | 3,231.85 |
| 04/27/16 | 10106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,423.09, Trustee Compensation; Reference: | 2100-000 | | 1,423.09 | 1,808.76 |
| 04/27/16 | 10107 | Midland Funding LLC | Dividend paid 0.69% on $3,896.27; Claim# 1; Filed: $3,896.27; Reference: | 7100-000 | | 27.06 | 1,781.70 |
| 04/27/16 | 10108 | FIA CARD SERVICES, N.A. | Dividend paid 0.69% on $6,552.44; Claim# 2; Filed: $6,552.44; Reference: | 7100-000 | | 45.51 | 1,736.19 |
| 04/27/16 | 10109 | Jose Ares-Torres | Dividend paid 0.69% on $250,000.00; Claim# 3; Filed: $250,000.00; Reference: | 7100-000 | | 1,736.19 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,524.99 | 6,524.99 | $0.00 |
| | | | Less: Bank Transfers | | 6,524.99 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,524.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,524.99** | |

{} Asset reference(s)   Printed: 07/22/2016 02:59 PM   V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-85570-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SULLIVAN, MICHAEL W | | Bank Name: | Rabobank, N.A. |
| | SULLIVAN, SUSAN E | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***5726 | | Blanket Bond: | $6,620,000.00   (per case limit) |
| Period Ending: | 07/22/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******65-66** | 6,730.90 | 205.91 | 0.00 |
| **Checking # ******5766** | 0.00 | 6,524.99 | 0.00 |
| | $6,730.90 | $6,730.90 | $0.00 |

{} Asset reference(s)                                                                                                                    Printed: 07/22/2016 02:59 PM    V.13.28